HELEN SHAW and THOMAS F. SHAW, Respondents, v. IRVING TRUST COMPANY, as Trustee under the Will of GRACE S. SEIDLER, Deceased, Appellant.— Action by wife and husband to recover respectively for personal injuries and loss of services claimed to have been sustained by reason of the negligence of defendant in the maintenance of a handrail at the front entrance steps of a building. Judgment reversed on the law, with costs, and complaint dismissed, with costs. We are of the opinion that actionable negligence has not been established. The defect in the handrail was of so slight a character that an accident of this nature could not reasonably have been foreseen by defendant. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.

JEANNE SISKIN, Respondent, v. SARAH KATZ, Appellant.— The action is to recover damages for personal injuries sustained by plaintiff when a floor board on the porch of a one-family bungalow, where she was a tenant, collapsed. While there was no obligation on the defendant — the landlord — to repair the floor, she did so, and less than a month after the board broke. The jury were justified in concluding the repairs were made negligently and under the circumstances defendant was liable. (*Marks* v. *Nambil Realty Co., Inc.*, 245 N. Y. 256.) Judgment for plaintiff and order denying motion for a new trial unanimously affirmed, with costs. Present — Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ.